1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   email: yoshinori.himel@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8              **IN THE UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,

12                    Petitioner,          **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONSES**

13           v.

14  BRYAN DAVID DOCKSTADER,               **Taxpayer:**
    individually and as sole proprietor of   **BRYAN DAVID DOCKSTADER**
15  VALLEY AUTOMOTIVE REPAIR,

16                    Respondent.

17

18         Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER,

19  United States Attorney for the Eastern District of California, alleges:

20         1.       Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340

21  (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C.

22  Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding

23  for judicial enforcement of Internal Revenue Service summonses.

24         2.       By personal knowledge and knowledge of applicable procedures, DAVID M. LOPEZ is a

25  duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division,

26  California Area, Internal Revenue Service.  He is authorized to issue an Internal Revenue Service

27  summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section

28  / / /

VERIFIED PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES

1    301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as

2    revised).

3        3.        By knowledge of the investigation, the respondent, BRYAN DAVID DOCKSTADER,

4    individually and as sole proprietor of Valley Automotive Repair, has been found at 4577 E. Home

5    Avenue, Fresno, California, within the jurisdiction of this Court.

6        4.        By personal knowledge and issuance of the first Summons, petitioning Revenue Officer

7    DAVID M. LOPEZ is conducting an investigation of BRYAN DAVID DOCKSTADER seeking

8    financial information for his Form 1040 delinquent individual income taxes for tax years ending

9    December 31, 2001, through and including, December 31, 2011.

10       5.        By personal knowledge, petitioning Revenue Officer DAVID M. LOPEZ, issued the

11   second Summons to secure collection information for assessed Form 940 Employer Annual Federal

12   Unemployment Tax for the tax periods December 31, 2007, December 31, 2008, December 31, 2009

13   and December 31, 2010; and, Form 941 Employer's Federal Quarterly Tax for the tax periods December

14   31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009,

15   June 30, 2009, September 30, 2009, December 31, 2009,  March 31, 2010, June 30, 2010, September 30,

16   2010, December 31, 2010,  March 31, 2011, June 30, 2011, September 30, 2011, and December 31,

17   2011, relating to Respondent Dockstader's sole proprietor business, "Valley Automotive Repair."

18       6.        On information and belief, the respondent, BRYAN DAVID DOCKSTADER, is in

19   possession and control of testimony, books, records, papers, and other data that may shed light on the

20   matters to be ascertained in the above-described investigations.

21       7.        By personal knowledge, on June 29, 2012, Revenue Officer DAVID M. LOPEZ issued

22   the first Internal Revenue Service Summons directing the respondent, BRYAN DAVID

23   DOCKSTADER, to appear before the Revenue Officer on July 19, 2012, at the hour of 11:00 a.m., at

24   2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books,

25   records, papers and other data described in the summons.

26       8.        By personal knowledge, on July 3, 2012, Revenue Officer DAVID M. LOPEZ hand

27   delivered an attested copy of the first summons to respondent at his business address.  By personal

28   / / /

VERIFIED PETITION TO ENFORCE INTERNAL                                      2
REVENUE SERVICE SUMMONSES

1   knowledge and knowledge of the investigation, an accurate copy of the first summons has been supplied

2   for attachment hereto as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.

3         9.       By personal knowledge, respondent, BRYAN DAVID DOCKSTADER, appeared on

4   July 19, 2012, and provided a return for tax year 2006.  The Revenue Officer allowed respondent

5   additional time to July 31, 2012, to provide the remaining information requested.  BRYAN DAVID

6   DOCKSTADER did not provide the information as required by the first summons.

7         10.      By personal knowledge, on August 20, 2012, Revenue Officer DAVID M. LOPEZ issued

8   the second Internal Revenue Service Summons directing the respondent, BRYAN DAVID

9   DOCKSTADER, to appear before the Revenue Officer on September 13, 2012, at the hour of 10:00

10  a.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the

11  books, records, papers and other data described in the second summons.

12        11.      By personal knowledge, on August 21, 2012, Revenue Officer DAVID M. LOPEZ hand

13  delivered an attested copy of the second summons to respondent at his business address.  By personal

14  knowledge and knowledge of the investigation, an accurate copy of the second summons has been

15  supplied for attachment hereto as Exhibit B to the petition.  This Exhibit is hereby adopted by reference.

16        12.      By personal knowledge, respondent, BRYAN DAVID DOCKSTADER, did not appear

17  on September 13, 2012, or otherwise respond to the second summons by phone or in writing.  BRYAN

18  DAVID DOCKSTADER has not appeared before Revenue Officer Lopez as required by the second

19  summons..

20        13.      By personal knowledge, respondent's above-described failure to comply with the first

21  summons and the second summons continues to date.

22        14.      By knowledge of the investigation, the testimony, books, records, papers and other data

23  sought by the summonses are not already in possession of the Internal Revenue Service.

24        15.      By personal knowledge and knowledge of the investigation, the testimony and the books,

25  records, papers and other data sought by the first summons is necessary for the investigation of BRYAN

26  DAVID DOCKSTADER, seeking financial information for his Form 1040 delinquent individual income

27  / / /

28  / / /

1   taxes for tax years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31,

2   2004, December 31, 2005, December 31, 2007, December 31, 2008, December 31, 2009, December 31,

3   2010, and December 31, 2011.

4        16.    By personal knowledge and knowledge of the investigation, the testimony and the books,

5   records, papers and other data sought by the second summons is necessary for the investigation of

6   BRYAN DAVID DOCKSTADER, to secure collection information for assessed Form 940 Employer

7   Annual Federal Unemployment Tax for the tax periods December 31, 2007, December 31, 2008,

8   December 31, 2009 and December 31, 2010; and, Form 941 Employer's Federal Quarterly Tax for the

9   tax periods December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31,

10   2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009,  March 31, 2010, June

11   30, 2010, September 30, 2010, December 31, 2010,  March 31, 2011, June 30, 2011, September 30,

12   2011, and December 31, 2011, relating to Respondent Dockstader's sole proprietor business, "Valley

13   Automotive Repair."

14        17.    By personal knowledge and knowledge of applicable procedures, all administrative steps

15   required by the Internal Revenue Code of 1986 for the issuance of the first and second summons has

16   been taken.

17        WHEREFORE, petitioner respectfully prays:

18        1.    That this Court enter an order directing respondent, BRYAN DAVID DOCKSTADER,

19   to show cause, if any, why respondent should not comply with and obey the first and second summons

20   and each and every requirement thereof;

21        2.    That this Court enter an order directing respondent, BRYAN DAVID DOCKSTADER,

22   to obey the aforementioned Internal Revenue Service summonses and each and every requirement

23   thereof, by ordering the respondent's attendance, testimony, and production of the books, records,

24   papers and other data required and called for by the terms of the first and second summons, before

25   Revenue Officer DAVID M. LOPEZ or any other proper officer or employee of the Internal Revenue

26   Service;

27        3.    That the United States recover its costs in maintaining this action; and

28        4.    That this Court grant such other and further relief as is just and proper.

VERIFIED PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES

1  Dated:  July 1, 2013                                   Respectfully submitted,

2                                                         BENJAMIN B. WAGNER
                                                          United States Attorney
3

4                                                By:     _/s/   YHimel_____
                                                         YOSHINORI H. T. HIMEL
5                                                        Assistant U.S. Attorney
                                                         Attorneys for Petitioner
6                                                        United States of America

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONSES

1

## VERIFICATION BY REVENUE OFFICER DAVID M. LOPEZ

2    Revenue Officer DAVID M. LOPEZ, pursuant to 28 U.S.C. § 1746(a), verifies as

3  follows:

4       1.    I am the investigating Revenue Officer in this case.

5       2.    Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

6            a.    If an allegation in those paragraphs is labeled "by personal knowledge," it is a

7  matter that I know to be true from my own personal knowledge.

8            b.    If an allegation in those paragraphs is labeled "by knowledge of applicable

9  procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service

10  procedures.

11           c.    If an allegation in those paragraphs is labeled "by knowledge of the

12  investigation," it is a matter of which I have been informed by oral or written communication within the

13  investigation in suit, and it accords with my understanding of the facts of the case.

14           d.    If an allegation in that section is labeled "on information and belief," it is a matter

15  of which I do not necessarily have personal knowledge, but it accords with my understanding of the

16  facts of the case.

17           I verify under penalty of perjury that the foregoing is true and correct. Executed on

18  April 19, 2013.

19

20

DAVID M. LOPEZ
21  Revenue Officer
Internal Revenue Service
22

23

24

25

26

27

28

VERIFICATION BY REVENUE          1
OFFICER DAVID M. LOPEZ



# Summons

## Income Tax Return

**In the matter of** __BRYAN D DOCKSTADER, 4577 E HOME AVE, FRESNO, CA 93703__
**Internal Revenue Service** *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__
**Industry/Area** *(Identify by number or name)* __SB/SE AREA 7 (27)__
**Periods:** __Form 1040 for the calendar period ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011__

### The Commissioner of Internal Revenue

**To:** __BRYAN D DOCKSTADER__
**At:** __4577 E HOME AVE, FRESNO, CA 93703__

You are hereby summoned and required to appear before __DAVID M LOPEZ__, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: __2001, 2002, 2003, 2004, 2005, 2007, 2008, 2009, 2010 and 2011__

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money).* Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: __2001, 2002, 2003, 2004, 2005, 2007, 2008, 2009, 2010 and 2011__

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

__2525 CAPITOL STREET, SUITE 206, FRESNO CA 93721-2227 (559) 443-7701__

**Place and time for appearance: At** __2525 CAPITOL STREET, SUITE 206, FRESNO, CA 93721-2227__

**IRS**

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the __19th__ day of __July__, __2012__ at __11:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __29th__ day of __June__ , __2012__

| | |
|---|---|
| __DAVID M LOPEZ__ *(signature)* | __REVENUE OFFICER__ |
| Signature of issuing officer | Title |
| | |
| Signature of approving officer *(if applicable)* | Title |

**Original -- to be kept by IRS**

**EXHIBIT A page 1 of 2**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date 7/3/2012 | Time 2:14p |
|---|---|

**How**      ☑      I handed an attested copy of the summons to the person to whom it was directed.

**Summons**      Hand delivered to Bryan David Achestader

**Was**      ☐      I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person (if any):

**Served**

| Signature | Title Revenue Officer |
|---|---|

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title Revenue Officer |
|---|---|

Catalog No. 61828W

Form **6638** (Rev. 10-2010)

**EXHIBIT A page  2  of  2**

# Summons

## Collection Information Statement

**In the matter of** _BRYAN DAVID DOCKSTADER, 4577 E HOME AVE, FRESNO, CA 93703_
**Internal Revenue Service** *(Identify Division)* _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** *(Identify by number or name)* _SB/SE AREA 7 (27)_
**Periods:** _See Attachment 1 to Summons Form 6637 for Period Information_

### The Commissioner of Internal Revenue

**To:** _BRYAN DAVID DOCKSTADER_
**At:** _4577 E HOME AVE,   FRESNO, CA  93703_

You are hereby summoned and required to appear before _DAVID M LOPEZ_, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From _01/01/2012_  To _present_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

_2525 CAPITOL STREET,  SUITE 206,  FRESNO   CA  93721-2227  (559) 443-7701_

**Place and time for appearance: At** _2525 CAPITOL STREET,  SUITE 206,  FRESNO,  CA  93721-2227_

**IRS**

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the _13th_ day of _September_ , _2012_ at _10:00_ o'clock _a_ m.

**Issued under authority of the Internal Revenue Code this** _20th_ **day of** _August_ , _2012_

_DAVID M LOPEZ_
Signature of issuing officer

_REVENUE OFFICER_
Title

Signature of approving officer *(if applicable)*

Title

**Original** -- to be kept by IRS

**EXHIBIT B  page  1  of  3**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 8/21/2012 | 1:32 pm |

**How**  ☒  I handed an attested copy of the summons to the person to whom it was directed.

**Summons**  Hand delivered to Bryan David Dockstader

**Was**  ☐  I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

**Served**

| Signature | Title |
|-----------|-------|
| | Revenue Officer |

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

**EXHIBIT B  page 2  of 3**

## At___hment 1 to Summons Form __37

In the matter of **BRYAN DAVID DOCKSTADER**

Period information: Form 940 for the calendar periods ending December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010 and Form 941 for the quarterly periods ending December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, September 30, 2011 and December 31, 2011

**EXHIBIT B  page  3  of  3**