BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Petitioner,<br><br>      v.<br><br>BRYAN DAVID DOCKSTADER,<br>individually and as sole proprietor of<br>VALLEY AUTOMOTIVE REPAIR,<br><br>               Respondent. | **1:13-cv-01018-LJO-SKO**<br><br>**PETITIONER'S NOTICE OF RESPONDENT'S DEATH, REQUEST TO VACATE HEARING AND CLOSE FILE; ORDER**<br><br>**Taxpayer:**<br>**BRYAN DAVID DOCKSTADER** |

TO THIS HONORABLE COURT:

      PLEASE TAKE NOTICE that Respondent, Bryan David Dockstader, sole proprietor of Valley Automotive Repair, passed away on July 5, 2013.  Therefore Petitioner requests that the September 6, 2013, hearing on the order to show cause be vacated, and that the case be closed.

Dated: August 7, 2013                                   Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

                                     By:    */s/  YHimel*
                                                     YOSHINORI H. T. HIMEL
                                                     Assistant U.S. Attorney
                                                     Attorneys for Petitioner
                                                     United States of America

### **ORDER**

Upon Petitioner's notice of Respondent's death and request to vacate hearing, the hearing set for September 6, 2013, is VACATED.

The Clerk shall close this action.

IT IS SO ORDERED.

Dated:   **August 7, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE